```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 02966
   MATTIE MAE MARSHALL
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-7221


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/21/2007 and was confirmed 04/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/20/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC    19025.95         199.15       1081.22
LITTON LOAN SERVICING     CURRENT MORTG        .00             .00           .00
LITTON LOAN SERVICING     MORTGAGE ARRE        .00             .00           .00
AMERICAS FINANCIAL CHOIC  NOTICE ONLY     NOT FILED            .00           .00
CASHCALL INC              UNSECURED       NOT FILED            .00           .00
FCNB MSTR TR              UNSECURED       NOT FILED            .00           .00
LOAN EXPRESS CO           UNSECURED          117.60            .00           .00
NATIONWIDE ACCEPTANCE~    UNSECURED       NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED          557.36            .00           .00
CAPITAL ONE AUTO FINANCE  NOTICE ONLY     NOT FILED            .00           .00
ERNESTO D BORGES JR       DEBTOR ATTY      2,000.00                          .00
TOM VAUGHN                TRUSTEE                                          84.63
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       1,365.00

PRIORITY                                             .00
SECURED                                         1,081.22
    INTEREST                                      199.15
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                               84.63
DEBTOR REFUND                                        .00
                          ---------------    ---------------
TOTALS                        1,365.00          1,365.00
```

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 02966 MATTIE MAE MARSHALL

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/03/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 02966 MATTIE MAE MARSHALL